**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 97-7349**

MARC PIERRE HALL,

                                Plaintiff - Appellant,

        versus

CITY OF CHARLOTTE; NORTH CAROLINA; CITY EM-
PLOYEE; JOSEPH BOYKIN, ATF Agent; GRETCHEN
C.F. SHAPPERT, AUSA; HYATT GUN SHOP,

                                Defendants - Appellees.

Appeal from the United States District Court for the Western Dis-
trict of North Carolina, at Charlotte. Graham C. Mullen, District
Judge. (CA-97-186-3-MU)

Submitted:  May 28, 1998          Decided:  June 9, 1998

Before ERVIN, LUTTIG, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Marc Pierre Hall, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Marc Pierre Hall, a North Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint as frivolous. We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. Hall v. City of Charlotte, No. CA-97-186-3-MU (W.D.N.C. Aug. 29, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED